SEP 25 2023

BONNIE HACKLER
Clerk, U.S. District Court
By ______ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

AMENDED

David Christopher Cys
*Plaintiff's full name (Please print)*

v.

Case No. 23-CV-235-JFH-GLJ
*(To be filled out by Clerk's Office only)*

Sharon Clark
*Defendant(s)' full name (Please print)*
~~FNU Cook~~ Christopher Cook
Dr. Jennifer Patchin
Kay Johnson
Okmulgee County Criminal Justice Authority

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. **The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).***

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.** If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

David Christopher Cys

*Full name* *Aliases*

OCCJA # 22123202 USM # 28762078

*Prisoner ID #*

Okmulgee County Criminal Justice Authority

*Place of Detention/Incarnation*

315 W 8th St

*Institutional Address*

Okmulgee OK 74447

*City* *State* *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: ~~Shanon~~ Shannon Clark
*Full Name*

Executive Director, and CEO OCCJA
*Current Job Title*

315 W 8th St
*Current Work Address*

Okmulgee | OK | 74447
*City* | *State* | *Zip Code*

Defendant 2: ~~ENH Cook~~ Christopher Cook
*Full Name*

Fmr. Deputy Executive Director, OCCJA
*Current Job Title*

315 W 8th St
*Current Work Address*

Okmulgee | OK | 74447
*City* | *State* | *Zip Code*

Defendant 3: Dr. Jennifer Patchin
*Full Name*

Contract Physician, OCCJA
*Current Job Title*

315 W 8th St
*Current Work Address*

Okmulgee | OK | 74447
*City* | *State* | *Zip Code*

Defendant 4: Kay Johnson
*Full Name*

Health Svcs Admin (HSA), OCCJA
*Current Job Title*

315 W 8th St
*Current Work Address*

Okmulgee | OK | 74447
*City* | *State* | *Zip Code*

Defendant 5: Okmulgee County Criminal Justice Authority
*Full Name*

c/o Shannon Clark, CEO, Exec. Director
~~*Current Job Title*~~

315 W 8th St
*Current Work Address*

Okmulgee | OK | 74447
*City* | *State* | *Zip Code*

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 04/06/2023 ongoing

Place(s) of occurrence: OCCJA

*State which of your federal constitutional or federal statutory rights have been violated:*

Deliberate Indifference to Serious Medical Needs

***Briefly** state the FACTS that support your case. Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

**FACTS:** Defendants did knowingly and intentionally combine, conspire and agree with each other to violate Plaintiff's civil rights by refusing to administer Lyrica, for which Plaintiff has a valid perscription and had been taking for over 4 years prior to his arrival at OCCJA, resulting in the wanton infliction of pain BY failing to adequately treat the existence of chronic and substantial pain caused by Plaintiff's diabetic neuropathy.

### B. Claim 2

Date(s) of occurrence: 04/06/2023 - ongoing

Place(s) of occurrence: OCCJA

*State which of your federal constitutional or federal statutory rights have been violated:*

Cruel and Unusual Punishment

**FACTS:** Identical to Claim #1

**C. Claim 3**

Date(s) of occurrence: 04/06/2023 - ongoing

Place(s) of occurrence: OCCJA

*State which of your federal constitutional or federal statutory rights have been violated:*

Deliberate Indifference to Serious Medical Needs

**FACTS:** Defendants did knowingly and intentionally combine, conspire, and agree with each other to violate Plaintiff's civil rights by refusing to allow Plaintiff to have in his possession the supportive footwear he brought with him, required due to his diabetic neuropathy, thereby disregarding an excessive risk to Plaintiffs health and safety.

**D. Claim 4**

Date(s) of occurrence:

Place(s) of occurrence:

*State which of your federal constitutional or federal statutory rights have been violated:*

**FACTS:**

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

Issue a TRO enjoining Defendants and OCCJA from engaging in Further violations of Plaintiffs civil rights until this matter is settled. $1,000 per day in compensatory damages. Twice the amount of compensatory damages in punitive damages. Upon Plaintiff prevailing in this matter, permanently enjoin Defendants and OCCJA from violating Plaintiffs and all other past, current and future detainee's civil rights.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? ____________________

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

David Cyp
*Plaintiff's Signature*

08/25/2023
*Date*

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 29 day of August, 2023.

David Cyp
*Plaintiff's Signature*

08/29/2023
*Date*